UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-00994 MWF(SK) | Date | June 14, 2016 |
|---|---|---|---|
| Title | Edward Demerson v. City of Los Angeles et al | | |

| Present: The Honorable | Steve Kim | |
|---|---|---|
| Marc Krause | | n/a |
| Deputy Clerk | | Court Smart / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None present | | None present |

**Proceedings:**     (IN CHAMBERS) ORDER TO SHOW CAUSE

Plaintiff proceeds in pro se and in forma pauperis with a civil rights complaint pursuant to 28 U.S.C. § 1983.  Plaintiff was in custody at the time of filing of the complaint, but is no longer in custody.  (*See* Dkt. 6).  On May 5, 2016, the Court screened the complaint and dismissed it with leave to amend for seeking monetary relief against defendants who are immune and for failure to state a claim. (Dkt. 12).  The order dismissing the complaint with leave to amend permitted Plaintiff to file an amended complaint within 30 days of entry of that order.  Plaintiff was further advised that failure to file a timely amended complaint may result in dismissal of this action for failure to prosecute.  As of the date of this order, Plaintiff has not timely filed an amended complaint, nor has a notice of voluntary dismissal of the action been filed.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE on or before **June 24, 2016** why this action should not be dismissed for failure to prosecute.  Plaintiff may discharge this order by filing an amended complaint on or before June 24, 2016.

**Plaintiff is advised that the failure to file a timely response to this order will result in a recommendation that this action be dismissed for failure to comply with a court order and failure to prosecute**.  Fed. R. Civ. P. 41(b); L.R. 41-1.  If Plaintiff no longer wishes to pursue this action, he may voluntarily dismiss the action pursuant to Federal Rule of Civil Procedure 41(a) by filing a "Notice of Dismissal."  The Clerk is directed to provide Plaintiff with a Notice of Dismissal Form (CV-009).